STATE OF NEW JERSEY v. LOUIS G. CALABRESE.

September 19, 1973. Petition for certification denied.

FRANK LUHRS v.
JOHN V. SCHADE, VOLKSWAGON OF AMERICA, INC.

September 19, 1973. Petition for certification denied.

LEONARD R. CORSO v. LOCAL UNION #153 OF THE INTER-
NATIONAL UNION, UNITED AUTOMOBILE, AERO-
SPACE & AGRICULTURAL IMPLEMENT WORKERS OF
AMERICA, AFL-CIO.

September 19, 1973. Petition for certification denied. (See
123 *N. J. Super.* 121)

STATE OF NEW JERSEY v. CHARLES HUNTER CLARK.

September 19, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. PHILIP A. VENTIGLI.

September 19, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. RAY LOUF.

September 19, 1973. Petition for certification granted.